Table of Last-Observed Infringements by Defendants of Exquisite Multimedia Inc's Copyright in the Motion Picture "Supergirl XXX," Copyright Reg. No. PA0001745464

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 173.48.119.29 | 2012-03-24 13:07:14 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 2 | 173.48.132.98 | 2012-01-17 23:54:55 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 3 | 173.48.142.245 | 2012-02-27 03:29:48 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 4 | 173.48.186.242 | 2012-01-03 02:59:52 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 5 | 173.48.219.192 | 2012-01-15 19:35:42 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 6 | 173.48.49.200 | 2012-01-28 23:44:30 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 7 | 173.76.164.115 | 2012-01-29 18:29:41 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 8 | 173.76.89.212 | 2012-02-14 18:42:49 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 9 | 174.62.243.34 | 2012-01-01 23:09:28 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 10 | 174.63.52.102 | 2012-02-28 21:25:39 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 11 | 216.49.153.71 | 2012-01-19 01:14:10 -0500 | Shrewsbury Electric & Community Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 12 | 24.128.51.206 | 2012-03-11 23:11:48 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 13 | 24.147.48.166 | 2012-03-06 18:38:19 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 14 | 24.177.54.26 | 2012-01-21 19:14:47 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 15 | 24.183.185.153 | 2012-01-29 01:34:47 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 16 | 24.34.110.143 | 2012-01-03 14:57:06 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 17 | 24.60.178.138 | 2012-01-08 05:57:38 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 18 | 24.61.205.123 | 2012-03-16 13:06:34 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 19 | 24.63.59.234 | 2012-02-16 19:04:31 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 20 | 24.91.74.20 | 2012-02-21 23:59:54 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 21 | 50.136.61.63 | 2012-01-31 13:34:59 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 22 | 65.96.152.156 | 2012-02-10 19:59:03 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 23 | 65.96.152.236 | 2012-02-05 21:18:42 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 24 | 66.189.55.43 | 2012-02-05 02:12:18 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 25 | 66.30.0.159 | 2012-01-11 21:32:48 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 26 | 66.30.108.200 | 2012-01-10 17:02:41 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 27 | 71.174.228.194 | 2012-03-22 09:19:47 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 28 | 71.192.214.254 | 2012-03-09 05:15:19 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 29 | 71.192.68.41 | 2012-02-04 07:10:54 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 30 | 71.248.183.236 | 2012-02-17 14:11:49 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 31 | 74.76.207.240 | 2012-01-12 18:19:50 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 32 | 75.69.82.82 | 2012-01-28 19:09:52 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 33 | 76.119.111.100 | 2012-01-19 19:29:29 -0500 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 34 | 76.24.237.61 | 2012-03-21 19:06:16 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 35 | 96.237.117.221 | 2012-01-31 07:17:23 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |